IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–115–GF–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER SUE WHITEFORD, | |
| Defendant. | |

Before the Court is Defendant Jennifer Sue Whiteford's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 19.) Through the motion, Defendant requests an extension to and including Friday, February 16, 2024, to file pretrial motions. (*Id.* at 1.) Defendant explains that her counsel needs additional time to review discovery to determine if any pretrial motions will be necessary. (*Id.* at 2.) The United States does not object. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the Motion (Doc. 19) is GRANTED. Defendant shall file any pretrial motions on or before Friday, February 16, 2024.

IT IS FURTHER ORDERED that the Court's previous scheduling order (Doc. 17) otherwise remains in full force and effect.

1

DATED this 7th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court