IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–115–GF–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER SUE WHITEFORD, | |
| Defendant. | |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on March 27, 2024. (Doc. 30.) Neither party objected, and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommends that this Court accept Defendant Jennifer Sue Whiteford's guilty plea after Whiteford appeared before her pursuant to Rule 11 of

1

the Federal Rules of Criminal Procedure and entered a guilty plea to two counts of wire fraud, in violation of 18 U.S.C. § 1343, as set forth in the Indictment. Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 30) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Whiteford's motion to change plea (Doc. 21) is GRANTED and she is adjudged guilty as charged in Counts 1 and 2 of the Indictment.

DATED this 11th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court